

Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Stefanie A. Cerrone**
stefanie.cerrone@troutman.com

November 9, 2023

**VIA ECF**

The Hon. Rachel P. Kovner
United States District Court for the Eastern
    District of New York
225 Cadman Plaza East, Courtroom 4E-N
Brooklyn, NY 11201

Re:     *Anjani Sinha Medical, P.C. v. Empire HealthChoice Assurance, Inc.*
        Civil Action No. 1:21-cv-00138
        Notice of Settlement

Your Honor:

      This firm represents Defendant Empire HealthChoice Assurance, Inc. in the above-referenced action.

      We write, with the consent of Plaintiff Anjani Sinha Medical, P.C.'s counsel, to advise the Court that the parties have reached a settlement in this matter.  Accordingly, the parties respectfully request that the Court adjourn all pending deadlines *sine die.*  The parties will file a Stipulation of Dismissal with Prejudice once the settlement has been concluded.

      We thank Your Honor for your consideration of this request.  If Your Honor has any questions or concerns, please do not hesitate to contact my office.

      Respectfully submitted,

*Stefanie Cerrone*

Stefanie A. Cerrone

cc:     All counsel of record (via ECF)

164969913v1